# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | CV 20-02737-CJC (DFM) | Date: | April 3, 2020 |
|---|---|---|---|
| Title | Miguel Gutierrez v. W.L. Montgomery | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Not Present |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order to Show Cause Why Petition Should Not Be Dismissed

On March 24, 2020, Miguel Gutierrez ("Petitioner") filed a Petition for Writ of Habeas Corpus by a Person In State Custody under 28 U.S.C. § 2254. See Dkt. 1. The Petition challenges Petitioner's 2012 conviction for first degree murder. See id. at 2. In a separate federal habeas petition filed in 2016, Petitioner challenged the same 2012 judgment of conviction. See Gutierrez v. Montgomery, No. 16-02309-CJC (DFM) (C.D. Cal. filed April 5, 2016), Dkt. 1. Petitioner's stated ground for relief in the instant Petition appears duplicative of the grounds raised in his 2016 petition. That action is currently stayed so that Petitioner can exhaust his state remedies.

To the extent that Petitioner wishes to add claims to his 2016 petition, he should file a motion for leave to amend the petition in Case No. 16-02309. Federal law generally prohibits successive § 2254 habeas petitions raising the same claims and also prohibits successive § 2254 habeas petitions raising different claims with certain exceptions. See 28 U.S.C. § 2244(b). Petitioner is therefore ORDERED to show cause in writing within 14 days of the date of this order why the Court should not dismiss this action for lack of jurisdiction.